UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BENTA,<br><br>    Petitioner,<br><br>    v.<br><br>DANIEL PARAMO,<br><br>    Respondent. | No. 2:18-cv-0139 JAM KJN P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 19) is granted; and

2. Petitioner shall file a traverse within thirty days from the date of this order.

Dated: May 10, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bent0139.111

1